*** COUNTY HOSPITAL — LIMITATIONS ON USE OF GENERAL FUNDS FOR COLLECTION OF ACCOUNTS OVER DUE*** A BOARD OF CONTROL OF A COUNTY HOSPITAL MAY NOT EMPLOY LEGAL COUNSEL TO COLLECT OUTSTANDING ACCOUNT OF SAID HOSPITAL AND PAY FOR SUCH LEGAL SERVICE FROM THE GENERAL FUNDS OF SUCH HOSPITAL. CITE: TITLE 19 O.S. 1970, Supp. 790.1 [19-790.1]. (MARVIN C. EMERSON) ** SEE: OPINION NO. 73-299 (1974) **